

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2016

No. 04-14-00888-CR

Harold James **HARRIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 384759
The Honorable John D. Fleming, Judge Presiding

# O R D E R

Appellant's Unopposed Motion for Stay of Mandate is GRANTED. Pursuant to Texas Rule of Appellate Procedure 18.2, we ORDER issuance of the mandate stayed for a period of ninety days to permit the timely filing of a petition for writ of certiorari.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court